CO-386-online
10/03

# United States District Court
# For the District of Columbia

OCEANA, INC.                          )
                                      )
                                      )
                                      )
                          Plaintiff   )        Civil Action No._____
            vs                        )
                                      )
CARLOS M. GUTIERREZ, ET AL.           )
                                      )
                                      )
                          Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  OCEANA, INC.                     certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  OCEANA, INC.                     which have

any outstanding securities in the hands of the public:

   None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Eric A. Bilsky (signature)_
Signature

D.C. Bar No. 433612
BAR IDENTIFICATION NO.

Eric A. Bilsky
Print Name

2501 M Street, NW, Suite 300
Address

Washington,   DC        20037-1311
City          State      Zip Code

(202) 833-3900
Phone Number