AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OCEANA, INC.

**SUMMONS IN A CIVIL CASE**

V.

CARLOS M. GUTIERREZ, ET AL.

Case: 1:08-cv-00318
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/25/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric A. Bilsky
OCEANA, INC.
2501 M Street, NW, Suite 300
Washington, DC 20037-1311

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB 25 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/26/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Julia Darcey | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

✓ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: W.T. Lee (Gen. Clerk) DOJ/Main Bld., Mail-Room BLL 206 - MRU

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2.65 | | 2.65 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/26/08
              Date

Signature of Server: Julia Darcey

Address of Server:
2501 M Street, NW Suite 300
Washington, DC 20037

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.