IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OCEANA, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GUTIERREZ, *et al.* )<br>)<br>Defendants. ) | Civil Case No. 1:08cv00318 ESH |

## **PLAINTIFF OCEANA'S NOTICE OF CHANGE OF ADDRESS**

Plaintiff Oceana, Inc. submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Eric A. Bilsky, Oceana, Inc., 1350 Connecticut Avenue, NW, 5th Floor, Washington, D.C. 20036-1722.

DATED this 10th day of April, 2008.

Respectfully submitted,

/s/ Eric A. Bilsky
_____
Eric A. Bilsky
DC Bar No. 433612
OCEANA, INC.
1350 Connecticut Ave. NW, 5th Floor
Washington, DC 20036-1722

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I have caused a copy of the foregoing Notice of change of Address to be served on counsel for defendants by first class mail, postage prepaid:

Counsel for Defendants Carlos M. Gutierrez, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service:

Courtney Taylor
US Department of Justice
Environment and Natural Resources Division
P.O. Box 7369
Washington, DC 20044

DATED this 10th day of April, 2008.

Respectfully submitted,

/s/ Eric A. Bilsky
_____
Eric A. Bilsky
DC Bar No. 433612
OCEANA, INC.
1350 Connecticut Ave. NW, 5th Floor
Washington, DC 20036-1722