UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OCEANA INC.                                )
                                           )
                                           )
                                           )
        Plaintiffs,                        )
                                           )
   v.                                      ) Case No. 1:08-cv-318 (ESH)
                                           )
CARLOS M. GUTIERREZ, in his official capacity as )
Secretary for U.S. Department of Commerce, et. al. )
                                           )
                                           )
                                           )
        Defendants.                        )
_____)

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DEFENDANTS' ANSWER AND ADMINISTRATIVE RECORD**

Defendants respectfully request an extension of time to file the answer and administrative record in the captioned matter, and the parties state in support of this stipulated motion the following:

1. Plaintiffs filed the above-referenced action on February 25, 2008. Defendant's answer and administrative record are due on April 11, 2008.

2. On January 28, 2008, the National Marine Fisheries Service ("NMFS") published a final rule establishing a standardized bycatch reporting methodology, 73 Fed. Reg. 4736, 4737 (January 28, 2008) ("Final Rule"), pursuant to the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. § 1853(a)(11). This action challenges Defendants' issuance of the Final Rule.

3. Pursuant to the judicial review provisions of the MSA, 16 U.S.C. § 1855(f)(3), Defendants are required to file an answer and administrative record within 45 days after service on the Secretary of Commerce. Pursuant to these provisions, the answer and administrative

record are due in this case on April 11, 2008. The Court may extend the period for filing the answer and administrative record "upon a showing by the Secretary of good cause." 16 U.S.C. § 1855(f)(3)(A).

4.  Defendants require an extension of time to file the administrative record in order to provide the National Marine Fisheries Service ("NMFS") an adequate opportunity to assemble and reproduce in electronic form the administrative record that is relevant to this case. The materials related to the Final Rule span a period of more than four years. The administrative record contains numerous diverse documents including committee reports; biological, economic, and sociological data and analyses; correspondence; public hearing testimony; meeting minutes; draft documents; and final decision documents. Given the limited staff available to compile the record, the staff's current litigation workload, the volume of documents, compiling and reviewing the administrative record and converting into electronic form in this case is taking a significant amount of time.

5.  The agency has made a good faith effort to comply with the April 11, 2008 deadline for producing the record. The agency is compiling the relevant documents and associated index and completed its internal review of the documents. However, the agency requires additional time to complete assembly and production of the copies of the record, and forwarding the record to the parties and the Court. Thus, the agency is unable to comply with the typical 45-day period for filing the administrative record. Defendants therefore request an extension to file the answer and administrative record.

6.  Plaintiffs are considering supplementing their Complaint based on new information.

7.  In light of the above, the parties agree that if Plaintiffs decide to supplement their

Complaint, they will do so by no later than May 2, 2008. The parties also agree that Federal Defendant's will respond to Plaintiffs' original or supplemental complaint and file the administrative record no later than May 30, 2008.

Dated this 11th day of April, 2008.

                                        Respectfully submitted,

                                        RONALD J. TENPAS
                                        Assistant Attorney General

                                        *S/ Courtney Taylor*

                                        Courtney Taylor, Attorney
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife and Marine Resources Section
                                        P.O. Box. 7369
                                        Washington, D.C. 20044-7369
                                        (202) 353-7548
                                        Attorney for Defendants

                                        *S/ Eric Bilsky*

                                        Eric Bilsky
                                        OCEANA, Inc.
                                        2501 M Street, NW, Suite 300
                                        Washington, DC 20037-1311
                                        *Plaintiffs' counsel authorized Defendants' counsel to sign on April 11, 2008.

IT IS SO ORDERED,

_Ellen S Huvelle_
Honorable Ellen Segal Huvelle
Judge, United States District Court