UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA INC. </br></br> Plaintiffs, </br></br> v. </br></br> CARLOS M. GUTIERREZ, in his official capacity as Secretary for U.S. Department of Commerce, et. al. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:08-cv-318 (ESH) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that on the 30th day of May, 2008, Defendants filed the National Marine Fisheries Service's original certified Administrative Record, on one CD in the above-captioned case. This Administrative Record is in hard copy form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Dated this 30th day of May, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA INC. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ , in his official capacity as )<br>Secretary for U.S. Department of Commerce, et. al. )<br>)<br>)<br>)<br>Defendants. )<br>_____) | Case No. 1:08-cv-318 (ESH) |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that on the 30th day of May, 2008, Defendants filed the National Marine Fisheries Service's original certified Administrative Record, on one CD in the above-captioned case.  This Administrative Record is in hard copy form only, in accordance with Local Civil  Rule 5.4(e)(1).  This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Dated this 30th day of May, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*S/ Courtney Taylor*

---

Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 353-7548
Attorney for Defendants

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*S/ Courtney Taylor*
_____
Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C. 20044-7369
(202) 353-7548
Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

Eric A. Bilsky
ericbilskyfiling@oceana.org

*S/ Courtney Taylor*

COURTNEY TAYLOR

CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

Eric A. Bilsky
ericbilskyfiling@oceana.org

                                  *S/ Courtney Taylor*

                              COURTNEY TAYLOR