UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC. ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> CARLOS M. GUTIERREZ, in his ) <br> official capacity as Secretary for ) <br> Secretary for U.S. Department of ) <br> Commerce, et. al. ) <br> ) <br>       Defendants. ) <br>                            ) | Case No. 1:08-cv-318 (ESH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Court, the parties, and their attorneys of record:

      PLEASE TAKE NOTICE that Meredith L. Flax has replaced Courtney O. Taylor as lead attorney for Defendants. Ms. Flax's contact information is listed below.

Dated this 13th day of August, 2008.

                                                                            Respectfully submitted,

                                                                            RONALD J. TENPAS
                                                                            Assistant Attorney General

                                                                           **/s/ Meredith L. Flax**
                                                                            Meredith L. Flax, Trial Attorney
                                                                            D.C. Bar # 468016
                                                                            U.S. Department of Justice
                                                                            Environment & Natural Resources Division
                                                                            Wildlife and Marine Resources Section
                                                                            Ben Franklin Station, P.O. Box 7369
                                                                            Washington, D.C. 20044-7369
                                                                            Tel:  (202) 305-0404
                                                                            Fax: (202) 305-0275
                                                                            meredith.flax@usdoj.gov

                                                                            Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

Eric A. Bilsky
ericbilskyfiling@oceana.org

     **/s/ Meredith L. Flax**
MEREDITH L. FLAX